B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): HARRIS, Cynthia Garcia | Name of Joint Debtor (Spouse) (Last, First, Middle): Christopher Harris |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): 2066 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): 8865 |
| Street Address of Debtor (No. and Street, City, and State): 2050 W. Farwell Avenue Apt. 1 Chicago, IL    ZIP CODE 60645 | Street Address of Joint Debtor (No. and Street, City, and State): 2050 W. Farwell Avenue Apt. 1 Chicago, IL    ZIP CODE 60645 |
| County of Residence or of the Principal Place of Business: Cook County | County of Residence or of the Principal Place of Business: Cook County |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [X] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [X] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [X] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [ ] Full Filing Fee attached.
- [X] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**
| [X] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**
| [X] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**
| [X] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

THIS SPACE IS FOR COURT USE ONLY

KENNETH S. GARDNER, CLERK
PS REP - MBM
FILED OCT 27 2010
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

B1 (Official Form 1) (4/10) Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☒ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form) 1 (4/10)      Page 3

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br><br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br><br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X  *Cynthia Marcie Harris* <br>     Signature of Debtor <br><br> X  *(signature)* <br>     Signature of Joint Debtor <br> *(773) 875-5198* <br> Telephone Number (if not represented by attorney) <br> *10-22-2010* <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only **one** box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> (Signature of Foreign Representative) <br><br> _____ <br> (Printed Name of Foreign Representative) <br><br> _____ <br> Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X _____ <br> Signature of Attorney for Debtor(s) <br><br> _____ <br> Printed Name of Attorney for Debtor(s) <br><br> _____ <br> Firm Name <br><br> _____ <br> Address <br><br> _____ <br> Telephone Number <br><br> _____ <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> X _____ <br><br> _____ <br> Date <br><br> Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Authorized Individual <br><br> _____ <br> Printed Name of Authorized Individual <br><br> _____ <br> Title of Authorized Individual <br><br> _____ <br> Date | |

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re _Christopher Harris_          Case No. _____
      Debtor                                                                              (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) -- Cont.                                       Page 2

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

   **If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

   **I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: *[signature]*
Date: 10/27/2010

```
*********************
***  TX REPORT    ***
*********************

TRANSMISSION OK

TX/RX NO                    1995
RECIPIENT ADDRESS           917732655512
DESTINATION ID
ST. TIME                    10/25 08:50
TIME USE                    01'07
PAGES SENT                  3
RESULT                      OK
```

| OMS<br>4180 Okeechobee<br>Ft Pierce, FL<br>34947 | Municipal Collections<br>PO Box 6606<br>Lansing IL 60438 | Illinois Tollway<br>PO Box 5201<br>Lisle, IL 60532 | Linebarger Sosso<br>Blair + Sampson<br>PO Box 06152<br>Chicago IL 60606 |
|---|---|---|---|
| Americash<br>5310 N. Broadway<br>Chicago IL 60640 | ComEd<br>PO Box 6111<br>Carol Stream, IL<br>60197 | Americash<br>103 N. Wells<br>Chicago IL 60606 | QC Financial<br>National QuickG<br>#456<br>6029 N. Lincoln<br>Chicago IL 60659 |
| Chase Bank<br>OH1-1188<br>340 S Cleveland Ave<br>Bldg 370<br>Westerville, OH 43081 | National Credit Adjusters<br>PO Box 3023<br>327 W. 4th St<br>Hutchinson KS 67504-<br>3023 | Universal Fidelity<br>1445 Langham Creek<br>Dr.<br>Houston TX 77084 | CMI<br>4200 Int'l Pkwy<br>Carrollton, TX<br>75007-19 |
| Delta Management<br>100 Everett Ave #6<br>PO Box 9191<br>Chelsea, MA<br>02150 | Associated Credit Serv<br>105B South St<br>PO Box 9100<br>Hopkinton, MA<br>01748-9100 | NAFS<br>165 Lawrence Bell<br>Ste 100<br>Williamsville, NY<br>14231-9027 | AFNI, Inc.<br>PO Box 3427<br>Bloomington, IL<br>61702-342 |
| Dependon Collection | West Asset Mgmt<br>PO Box 105893 | ER Solutions Inc. | Progressive Mgm<br>152 N Cameron |

| | | | |
|---|---|---|---|
| OMS<br>4180 Okeechobee<br>Ft Pierce, FL 34947 | NMG<br>PoBox 606<br>Lancing, IL 60438 | T<br>PoBox 5201<br>Lisle, IL 60532 | Linebarger Gossan<br>Blair + Sampson<br>PoBox 06152<br>Chicago IL 60606 |
| Americash<br>5310 N. Broadway<br>Chicago IL 60640 | ComED<br>PoBox 6111<br>Carol Stream, IL 60197 | Americash<br>103 N. Wells<br>Chicago IL 60606 | QC Financial<br>National QuickCash #456<br>6029 N Lincoln<br>Chicago IL 60659 |
| Chase Bank<br>OH1-1188<br>340 S Cleveland Ave<br>Bldg 370<br>Westerville, OH 43081 | National Credit Adjusters<br>PoBox 3023<br>327 W. 4th St<br>Hutchinson Ks 67504-3023 | Universal Fidelity<br>1445 Langham Creek Dr<br>Houston tx 77084 | CMI<br>4200 Intl Pkwy<br>Carrollton, tx 75007-1906 |
| Delta Management<br>100 Everett Ave #6<br>PoBox 9191<br>Chelsea, MA 02150 | Associated Credit Serv<br>105B South St<br>PoBox 9100<br>Hopkinton, MA 01748-9100 | NAFS<br>165 Lawrence Bell<br>Ste 100<br>Williamsville, NY 14231-5027 | AFNI, Inc<br>PoBox 3427<br>Bloomington, IL 61702-3427 |
| Dependon Collection<br>PoBox 5906<br>River Forest IL 60305 | West Asset Mgmt<br>PoBox 105893<br>Atlanta, ga 30348-5893 | ER Solutions Inc.<br>800 SW 39th St<br>PoBox 9004<br>Renton, WA 98057 | Progressive Mgmt<br>1521 W Cameron Ave<br>PoBox 220<br>West Covina, CA 91793-9917 |
| Collections co of America<br>700 Longwater Dr<br>Norwell, MA 02061 | ATT<br>1257 Fieldstone Ave<br>Deltona, FL 32725 | Sprint<br>6200 Sprint Pkwy<br>Overland Pk Ks 66251 | St Joseph's Hospital<br>2900 N Lakeshore<br>Chicago IL 60657 |

| | | | |
|---|---|---|---|
| Chase Bank<br>800 Brooksedge Bv<br>Westerville, OH<br>43081 | Chrysler Financial<br>PO Box 9223<br>Farmington Hills,<br>MI<br>48333 | Furniture<br>2743 W 36th Pl<br>Chicago, IL 60632 | Harris & Harris<br>222 Merchandise Mart<br># 1900<br>Chicago, IL 60654 |
| Keynote Consulting<br>220 W Campus Dr<br>Arlington Heights, IL<br>60004 | Peoples Energy<br>130 E Randolph<br>Chicago, IL 60601 | Illinois Collection<br>PO Box 100<br>Tinley Park, IL<br>60477 | Water Tower Dental<br>845 N. Michigan<br># 995W<br>Chicago, IL<br>60611 |
| Sallie Mae<br>1002 Arthur Dr<br>Lynn Haven, FL<br>32444-1643 | AFSA/College Loan Corp<br>501 Bleecker St<br>Utica, NY 13501 | American General Finance<br>4730 Lincoln Hwy<br>Matteson, IL 60443 | Capital One<br>PO Box 30281<br>SLC, UT 84130 |
| Arrow Financial<br>5996 W Touhy Ave<br>Niles, IL 60714 | NCO<br>PO Box 41466<br>Philadelphia, PA<br>19101 | Enhanced Recovery<br>10550 Deerwood Pk Bv<br>Ste 600<br>Jacksonville, FL<br>32256 | Credit Mgmt<br>17070 Dallas Pkwy<br>Dallas, TX 75248 |
| Credit Protection<br>PO Box 802068<br>Dallas, TX<br>75380 | Comcast<br>150 Market St.<br>Philadelphia, PA<br>19102 | Dependon Collection<br>PO Box 4633<br>Oak Brook, IL<br>60522 | Sullivan Urgent Aid Cent<br>6701 159th St<br>Tinley Park, IL<br>60477 |
| QuickestCash<br>Advance.com | National Recovery<br>416 S Main Ste 3<br>Ottowa, KS<br>66067 | Sonic Payday | NCA<br>PO Box 550<br>327 W 4th St<br>Hutchinson, KS<br>67504-0550 |

| Receivable Mgmt | Richton Park | 1 Asselborn Way | 35 W 34th St |
|---|---|---|---|
| 3348 Ridge Rd<br>Lansing, IL 60438 | 3917<br>Sauk Trail<br>Richton Park<br>IL<br>60471 | Glenwood, IL<br>60425 | Steger, IL<br>60475 |
| Wayne Shapiro<br>111 W. Washington<br>Ste 1010<br>Chicago, IL 60602 | Chicago Acceptance<br>6231 N<br>Western<br>Chicago, IL<br>60659 | | |